In the Matter of the Applications of KATHARINE SEYMOUR DAY and THE FIFTH AVENUE BANK OF NEW YORK, as Executors, etc., of ALICE B. H. DAY, Deceased, and of KATHARINE SEYMOUR DAY, Individually, etc.— Preference granted for

October 29, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.